**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Jose M. Quinones,

                Plaintiff,                18 **CIVIL** 1170 (AJN)

      -against-                      **JUDGMENT**

Captain Adam Rollison, Shield No. 192, Correction
Officer Eric Wilson, Shield No. 11616, Correction
Officer Kenny Rochez, Shield No. 5196, Correction
Officer Sammy Fernandez, Shield No. 5335, and
Captain Carlos Blackwood,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 1, 2020, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          November 2, 2020

                          **RUBY J. KRAJICK**

                          **Clerk of Court**
         **BY:**     *K. Mango*
                          **Deputy Clerk**